OPINION — AG — **** COUNTY HOSPITALS — ANNUITY CONTRACTS — INSURANCE **** A BOARD OF CONTROL OF A COUNTY HOSPITAL DOES NOT HAVE ANY PRESENT STATUTORY AUTHORIZATION ENABLING THEM TO ENTER INTO A CONTRACT WITH AN INSURANCE COMPANY FOR THE PURPOSE OF PROVIDING AN ANNUITY OR PENSION FOR SUCH HOSPITAL'S EMPLOYEES. CITE: 19 O.S. 1969 Supp., 790.1 [19-790.1](B), 19 O.S. 1969 Supp. 790.1-794 [19-790.1] — [19-794], JOHN C. HOWARD